IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GENERON IGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRUM & FORSTER SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | CV 18-31-BLG-TJC <br><br> **ORDER** |

Before the Court is plaintiff Generon IGS, Inc.'s ("Generon") Motion for Remand, seeking remand to the Montana Fourteenth Judicial District Court, Musselshell County. (Doc. 6.) Defendant Crum & Forster Specialty Insurance Company ("C&F") responded to Generon's motion on March 6, 2018, and indicated that it does not oppose the motion for remand to state court. (Doc. 9 at 2.) However, C&F reserved its right to seek federal jurisdiction in the future "[s]hould additional facts be discovered which support diversity jurisdiction." (*Id*.) Accordingly,

IT IS ORDERED that Generon's motion is **GRANTED**, and this case is **REMANDED** to the Montana Fourteenth Judicial District Court, Musselshell County, pursuant to 28 U.S.C. § 1447(c). This Order shall be without prejudice to any bases for federal jurisdiction that may arise from future discovery.

IT IS FURTHER ORDERED that C&F's Unopposed Motion to Vacate Scheduling Order (Doc. 13) is **DENIED** as moot.

DATED this 2nd day of April, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge